# Third District Court of Appeal

**State of Florida**

Opinion filed October 14, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2938
Lower Tribunal No. 12-46046
_____

**Kingston Mortgage, LLC,**
Appellant,

vs.

**Ivette Cohen, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Victoria S. Sigler, Judge.

P.A. Bravo, Paul Alexander Bravo and Ruzy Behnejad, for appellant.

Bart T. Heffernan (Ft. Lauderdale) and Michael T. Gelety (Ft. Lauderdale), for appellees.


Before SUAREZ, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

We affirm without discussion the trial court's order vacating its earlier dismissal order, as the arguments raised by appellant are without merit. Further, and upon this court's own motion, pursuant to Florida Rule of Appellate Procedure 9.410(a), appellant's counsel, Paul Alexander Bravo, and P.A. Bravo, P.A., is hereby ordered to show cause, within ten days, why sanctions should not be imposed upon Paul Alexander Bravo, and P.A. Bravo, P.A., for the filing of a proceeding and briefs which are frivolous or in bad faith. Such sanctions may include reprimand, contempt, attorney's fees, costs, or other sanctions.